CHARLES F. JOHNSON, Respondent, *v.* THE BROADWAY AND SEVENTH AVENUE RAILROAD COMPANY, Appellant.

(Argued December 5, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 23, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Samuel B. Clark* for appellant.

*J. Edward Swanstrom* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

THE IMPORTERS AND TRADERS' NATIONAL BANK of New York, Respondent, *v.* HENRY S. BURGER et al., Appellants.

(Argued December 8, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 9, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William W. MacFarland* for appellants.

*Herbert A. Kingsbury* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.